Case 21-20369-GLT    Doc 16    Filed 03/10/21    Entered 03/10/21 10:19:55    Desc Main
Document      Page 1 of 1

FILED
3/10/21 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| RUM RUNNERS PA, LLC, | Bankruptcy No. 21-20369-GLT |
| Debtor, | Chapter 11 |
| RUM RUNNERS PA, LLC, | Document No. |
| Movant, | Related to Doc. No. 1 |
| vs. | |
| NO RESPONDENT. | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Debtor is to cure the deficiencies in its Petition is enlarged by a period of fourteen (14) days, until March 23, 2021.

Date: March 10, 2021

_____
Gregory L. Taddonio     drb
United States Bankruptcy Court Judge