FILED
7/26/21 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| RUM RUNNERS PA, LLC, | Bankruptcy No. 21-20369-GLT |
| Debtor. | Chapter 11 |
| RUM RUNNERS PA, LLC, | Document No. 55 |
| Movant, | |
| vs. | |
| NO RESPONDENT. | |

## ORDER OF COURT

Upon consideration of the Debtor's Motion to Extend the Exclusivity Periods, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Debtor is hereby granted an extension of the exclusive period to file a Plan of Reorganization until September 21, 2021.

2. The period mandated by 1121(c)(3) is hereby extended until November 20, 2021.

Prepared by:  __Robert Lampl, Esq.__

DEFAULT ENTRY

Dated: __July 26, 2021__

_____
Gregory L. Taddonio
United States Bankruptcy Judge